## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

SHAWN SINGLETON,          )
In her individual capacity and   )
as Administrator of the Estate   )
of Derrick Stubbs, Deceased,   )
                        )
     Plaintiff,          )
                        )
     v.              )     CIVIL ACTION FILE NO.:
                        )     4:14-cv-00290-HLM
BRIAN OWENS, Commissioner, Georgia  )
Department of Corrections, et al.,   )
                        )
     Defendants.       )

## MOTION TO STAY DISCOVERY

COMES NOW Defendant Tim Clark and moves for a stay of discovery in this action pending the Court's ruling on co-defendants' Motion to Strike and Motion to Dismiss. (Doc. 62)

### I.    Background

Plaintiff has brought this action against twenty-eight (28) individual defendants for alleged Eighth Amendment violations stemming from the death of Derrick Stubbs. (Doc. 53). Defendant Tim Clark has filed a Motion to Strike (Doc. 63) and an Answer to Plaintiff's Second Amended Complaint (Doc. 61); all other co-defendants have filed a Motion to Strike and Motion to Dismiss. (Doc. 62).

Presently, this case is on a four (4) month discovery track (*see* Docket), commencing March 28, 2015, thirty (30) days after the first Answer by a defendant, pursuant to N.D.GA. LR 26.2.A.  The docket currently reflects the close of the discovery period as July 27, 2015.  (*See* Doc. 50).  ***Defendant Clark respectfully requests that commencement of the discovery period in this action be stayed until resolution of co-defendants' pending Motion to Strike and Motions to Dismiss. (Doc. 62)***

## II.    Argument

FED.R.CIV.P. 26(c) permits a Court to issue, for good cause, an order forbidding discovery or limiting the scope of discovery to certain matters to protect a party from undue burden or expense.  *See also Helton v. Burks*, 2012 WL 6097036, *6-7 (M.D. Ga. 2010) (noting that the Court stayed discovery pending resolution of defendants' partial motion to dismiss based on failure to exhaust administrative remedies); *Anderson v. Bd. of Regents of Univ. System of Georgia*, 2010 WL 427652, *6 (N.D. Ga. 2010) (Court agreeing "that engaging in full discovery prior to resolving the qualified immunity issue would be unduly burdensome for defendants").

Defendant Tim Clark has joined co-defendants' Motion to Strike certain allegations in the Amended Complaint unrelated to issue of whether Defendants were deliberately indifferent to substantial risk of serious harm to Derrick Stubbs'

prior to his death.  (Docs. 62, 63). In addition, co-defendants have sought dismissal the remaining allegations against them in this suit. (Doc. 62) Defendant Clark submits that the Courts' ruling on these pending motions will establish the scope of the allegations and parties properly included in this action.  In turn, this will shape the scope of discovery and determine the relevance of various matters in this suit. Proceeding with discovery in this action while co-defendants' motions are pending would result in potentially unnecessary discovery or, alternatively, piece-meal and redundant discovery.  Considering, in particular, the number of parties in this action, Defendant Clark submits that a stay would be in the interest of judicial economy and would avoid potentially unnecessary or undue burden and expense in this action.  Accordingly, Defendant Clark requests that the Court stay discovery in this action.

Respectfully submitted, this the 3rd day of April, 2015.

/s/ *Matthew F. Boyer*
MATTHEW F. BOYER
GEORGIA BAR NO. 141512
*Attorney for Tim Clark*

**NALL & MILLER, LLP**
Suite 1500, North Tower
235 Peachtree Street, N.E.
Atlanta, Georgia 30303
Phone: 404-522-2200
Facsimile: 404-522-2208
mboyer@nallmiller.com

3

441287v.1

## <u>CERTIFICATE OF COMPLIANCE AND SERVICE</u>

I certify that this document was prepared in Times New Roman 14 point font, one of the fonts and typeface sizes approved by Local Rule 5.1(C).  I further certify that I have this day served a copy of the within and foregoing **MOTION TO STAY DISCOVERY** upon all parties to this matter by electronically filing it with the Clerk of Court using the CM/ECF system, which automatically will send e-mail notification of such filing to the following attorneys of record:

Lawrence J. Bracken, II
Andrew Alexander Stulce
Hunton & Williams, LLP
600 Peachtree St. NE,
Bank of America Plaza, Suite 4100
Atlanta, Georgia 30308
*Attorneys for Plaintiff*

Thomas G. Gardiner
Barry C. Owen
Shannon V. Condon
Gardiner, Koch, Weisberg & Wrona
Ste. 950
53 West Jackson Boulevard
Chicago, Illinois 60604
*Attorneys for Plaintiff*

Tina M. Piper
Laura L. Lones
Department of Law
40 Capitol Square, S.W.
Atlanta, GA 30334
*Attorneys for Defendants Owens, Ward,*
*Tatum, Hatcher, and Bailey Dean*

Respectfully submitted, this the 3rd day of April, 2015.

/s/ *Matthew F. Boyer*
MATTHEW F. BOYER
GEORGIA BAR NO. 141512
*Attorney for Tim Clark*

4

441287v.1

**NALL & MILLER, LLP**
Suite 1500, North Tower
235 Peachtree Street, N.E.
Atlanta, Georgia 30303
Phone: 404-522-2200
Facsimile: 404-522-2208
mboyer@nallmiller.com

5

441287v.1