IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

SHAWN SINGLETON, in
her individual capacity and
as Administrator of the Estate
of Derrick Stubbs, Deceased,

    Plaintiff,

v.

CIVIL ACTION FILE NO.:
4:14-CV-0290-HLM

BRIAN OWENS, Commissioner
Georgia Department of Corrections,
et al.,

    Defendants.

## ORDER

This case is before the Court on the Motion to Withdraw filed by Matthew F. Boyer [68].

The Court has reviewed the Motion to Withdraw. The Court finds that it is appropriate to allow Attorney Boyer to withdraw from representing Defendant Clark in this action.

AO 72A
(Rev.8/8
2)

ACCORDINGLY, the Court **GRANTS** the Motion to Withdraw filed by Attorney Boyer [68], and **RELIEVES** Attorney Boyer from any further obligation to represent Defendant Clark in this action. Attorneys Eve Appelbaum and Paul Henefeld will continue to represent Defendant Clark in this action.

IT IS SO ORDERED, this the 7 day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE